UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID SCHROEDER, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>TRANSUNION, LLC,<br><br>　　　　　　　　　　Defendant. | Case No.: 16-cv-2804-CAB (JLB)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br>**[Doc. No. 17.]** |

　　Upon consideration of the parties' Joint Motion to Dismiss the above-captioned action without prejudice per Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court **GRANTS** the joint motion. [Doc. No. 17.] Accordingly, this Court **DISMISSES WITHOUT PREJUDICE** all complaints and claims in this action. All parties are to bear their own attorneys' fees and costs. The Clerk of Court shall terminate the case.

　　It is **SO ORDERED**.

Dated: February 27, 2017

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Hon. Cathy Ann Bencivengo
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge